# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF MERCED, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00631-DAD-SAB<br><br>ORDER GRANTING PLAINTIFF COUNTY OF MERCED'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 14) |

On June 9, 2021, Plaintiff County of Merced filed a notice of substitution of attorney substituting attorney Jenna M. Anderson for attorney Janine L. Highiet-Ivicevic. Accordingly, Jenna M. Anderson is substituted as attorney of record for Plaintiff County of Merced and the Office of the Clerk is directed to terminate attorney Janine L. Highiet-Ivicevic.

IT IS SO ORDERED.

Dated:  **June 10, 2021**

UNITED STATES MAGISTRATE JUDGE

1